# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-127-FDW-DCK

| | |
|---|---|
| KISHA OLIPHANT, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MAL ENTERTAINMENT, INC. and WALTER DAVID BAUCOM JR., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Proceedings Pending Arbitration" (Document No. 5) filed April 22, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Joint Motion To Stay Proceedings Pending Arbitration" (Document No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall proceed to arbitration and submit a Status Report to the Court on **July 24, 2020**, and every ninety (90) days thereafter. The Court expects this dispute to be resolved within twelve (12) months from the date of this Order.[1] Failure to do so will result in Court action.

---

[1] 12 (twelve) months is the standard timeline for civil disputes brought before this Court. Standing Order Governing Civil Case Management Before the Honorable Frank D. Whitney, Misc. No. 3:07-MC-47. The time limit was put in place to protect all parties' interests and promote judicial efficiency.

**SO ORDERED**.

Signed: April 23, 2020

_____
David C. Keesler
United States Magistrate Judge